# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, ) ) Plaintiff, ) ) vs. ) BERRY RUSSELL, individually and d/b/a ) BIG SMOKE CIGAR CLUB, et al., ) ) Defendants. ) | NO. CIV-23-0392-HE |

## JUDGMENT

In accordance with the order entered this date and the prior determination of default as to defendant Big Smoke Cigar Club, LLC, judgment is entered in favor of plaintiff G&G Closed Circuit Events, LLC and against defendants Berry Russell, individually, and Big Smoke Cigar Club, LLC, jointly and severally, in the amount of $6,000.00 as statutory damages.

**IT IS SO ORDERED**.

Dated this 16th day of May, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE